

U.S. Department of Justice
Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

VIA EMAIL

*150 M Street, N.E.*
*Karen Ferguson , EMP, 4CON, Room 9.514*
*Washington, DC 20530*

November 15, 2022

Mr. Lee Hurst
c/o Zachary Gottesman, Esquire
Law Offices of Gottesman & Assocs.
404 East 12th Street
First Floor
Cincinnati, OH  45202

Re:  EEOC Charge Against City of Columbus, Columbus Division of Police
     No. 473202101283

Dear Mr. Hurst:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

The investigative file pertaining to your case is located in the EEOC Cleveland District Office, Cleveland, OH.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Kristen Clarke
Assistant Attorney General
Civil Rights Division

by       /s/ Karen L. Ferguson
Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: Cleveland District Office, EEOC
   City of Columbus, Columbus Division of Police



U.S. Department of Justice
Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

VIA EMAIL

*150 M Street, N.E.*
*Karen Ferguson , EMP, 4CON, Room 9.514*
*Washington, DC 20530*

November 16, 2022

Mr. Anthony Johnson
c/o Zachary Gottesman, Esquire
Law Offices of Gottesman & Assocs.
404 East 12th Street
First Floor
Cincinnati, OH  45202

Re:  EEOC Charge Against City of Columbus, Columbus Division of Police
       No. 473202101281

Dear Mr. Johnson:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

   The investigative file pertaining to your case is located in the EEOC Cleveland District Office, Cleveland, OH.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                                                            Sincerely,

                                                      Kristen Clarke
                                                   Assistant Attorney General
                                                      Civil Rights Division

                                             by       /s/ Karen L. Ferguson
                                                       Karen L. Ferguson
                                                Supervisory Civil Rights Analyst
                                                 Employment Litigation Section

cc: Cleveland District Office, EEOC
   City of Columbus, Columbus Division of Police



U.S. Department of Justice
Civil Rights Division
NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

VIA EMAIL

*150 M Street, N.E.*
*Karen Ferguson , EMP, 4CON, Room 9.514*
*Washington, DC 20530*

November 15, 2022

Mr. Jeff Kasza
c/o Zachary Gottesman, Esquire
Law Offices of Gottesman & Assocs.
404 East 12th Street
First Floor
Cincinnati, OH  45202

Re:  EEOC Charge Against City of Columbus, Columbus Division of Police
      No. 473202101285

Dear Mr. Kasza:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

   The investigative file pertaining to your case is located in the EEOC Cleveland District Office, Cleveland, OH.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                              Sincerely,

                              Kristen Clarke
                              Assistant Attorney General
                              Civil Rights Division

                     by      /s/ Karen L. Ferguson
                              Karen L. Ferguson
                              Supervisory Civil Rights Analyst
                              Employment Litigation Section

cc: Cleveland District Office, EEOC
    City of Columbus, Columbus Division of Police



U.S. Department of Justice
Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

VIA EMAIL

*150 M Street, N.E.*
*Karen Ferguson , EMP, 4CON, Room 9.514*
*Washington, DC 20530*

November 16, 2022

Ms. Mandy Kasza
c/o Zachary Gottesman, Esquire
Law Offices of Gottesman & Assocs.
404 East 12th Street
First Floor
Cincinnati, OH  45202

Re:  EEOC Charge Against City of Columbus, Columbus Division of Police
    No. 473202101286

Dear Ms. Kasza:

  Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

  If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

  The investigative file pertaining to your case is located in the EEOC Cleveland District Office, Cleveland, OH.

  This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                    Sincerely,

                    Kristen Clarke
                    Assistant Attorney General
                    Civil Rights Division

              by      /s/ Karen L. Ferguson
                    Karen L. Ferguson
                    Supervisory Civil Rights Analyst
                    Employment Litigation Section

cc: Cleveland District Office, EEOC
   City of Columbus, Columbus Division of Police



U.S. Department of Justice
Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

VIA EMAIL

*150 M Street, N.E.*
*Karen Ferguson , EMP, 4CON, Room 9.514*
*Washington, DC 20530*

November 15, 2022

Mr. Bryan Mason
c/o Zachary Gottesman, Esquire
Law Offices of Gottesman & Assocs.
404 East 12th Street
First Floor
Cincinnati, OH  45202

Re:  EEOC Charge Against City of Columbus, Columbus Div. of Police
     No. 473202101278

Dear Mr. Mason:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

   The investigative file pertaining to your case is located in the EEOC Cleveland District Office, Cleveland, OH.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                                        Sincerely,

                                        Kristen Clarke
                                        Assistant Attorney General
                                        Civil Rights Division

                                 by     /s/ Karen L. Ferguson
                                        Karen L. Ferguson
                                        Supervisory Civil Rights Analyst
                                        Employment Litigation Section

cc: Cleveland District Office, EEOC
    City of Columbus, Columbus Div. of Police



U.S. Department of Justice
Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

VIA EMAIL

*150 M Street, N.E.*
*Karen Ferguson , EMP, 4CON, Room 9.514*
*Washington, DC 20530*

November 15, 2022

Mr. Frank Miller
c/o Zachary Gottesman, Esquire
Law Offices of Gottesman & Assocs.
404 East 12th Street
First Floor
Cincinnati, OH  45202

Re:  EEOC Charge Against City of Columbus, Columbus Division of Police
     No. 473202101288

Dear Mr. Miller:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

   The investigative file pertaining to your case is located in the EEOC Cleveland District Office, Cleveland, OH.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                              Sincerely,

                              Kristen Clarke
                              Assistant Attorney General
                              Civil Rights Division

                       by    /s/ Karen L. Ferguson
                              Karen L. Ferguson
                              Supervisory Civil Rights Analyst
                              Employment Litigation Section

cc: Cleveland District Office, EEOC
    City of Columbus, Columbus Division of Police



U.S. Department of Justice
Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

VIA EMAIL

*150 M Street, N.E.*
*Karen Ferguson , EMP, 4CON, Room 9.514*
*Washington, DC 20530*

November 16, 2022

Mr. Levon Morefield
c/o Zachary Gottesman, Esquire
Law Offices of Gottesman & Assocs.
404 East 12th Street
First Floor
Cincinnati, OH  45202

Re:  EEOC Charge Against City of Columbus, Columbus Division of Police
　　　No. 473202101282

Dear Mr. Morefield:

　　Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

　　If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

　　The investigative file pertaining to your case is located in the EEOC Cleveland District Office, Cleveland, OH.

　　This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　Kristen Clarke
　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　Civil Rights Division

　　　　　　　　　　　　　　　by　　　/s/ Karen L. Ferguson
　　　　　　　　　　　　　　　　　　Karen L. Ferguson
　　　　　　　　　　　　　　　Supervisory Civil Rights Analyst
　　　　　　　　　　　　　　　Employment Litigation Section

cc: Cleveland District Office, EEOC
　　City of Columbus, Columbus Division of Police



U.S. Department of Justice
Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

VIA EMAIL

*150 M Street, N.E.*
*Karen Ferguson , EMP, 4CON, Room 9.514*
*Washington, DC 20530*

November 04, 2022

Mr. Alex Mottinger
c/o Zachary Gottesman, Esquire
Law Office of Zachary Gottesman
404 East 12th Street
First Floor
Cincinnati, OH  45202

Re:  EEOC Charge Against City of Columbus, Columbus Division of Police
       No. 532202201069

Dear Mr. Mottinger:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

   The investigative file pertaining to your case is located in the EEOC Cleveland District Office, Cleveland, OH.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                                        Sincerely,

                                        Kristen Clarke
                                        Assistant Attorney General
                                        Civil Rights Division

                                 by      /s/ Karen L. Ferguson
                                        Karen L. Ferguson
                                        Supervisory Civil Rights Analyst
                                        Employment Litigation Section

cc: Cleveland District Office, EEOC
    City of Columbus, Columbus Division of Police



U.S. Department of Justice
Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

VIA EMAIL

*150 M Street, N.E.*
*Karen Ferguson , EMP, 4CON, Room 9.514*
*Washington, DC 20530*

November 16, 2022

Mr. Brian Steel
c/o Zachary Gottesman, Esquire
Law Offices of Gottesman & Assocs.
404 East 12th Street
First Floor
Cincinnati, OH  45202

Re:  EEOC Charge Against City of Columbus, Columbus Division of Police
     No. 532202202170

Dear Mr. Steel:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

   The investigative file pertaining to your case is located in the EEOC Cleveland District Office, Cleveland, OH.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                           Sincerely,

                          Kristen Clarke
                      Assistant Attorney General
                       Civil Rights Division

           by     /s/ Karen L. Ferguson
                    Karen L. Ferguson
               Supervisory Civil Rights Analyst
               Employment Litigation Section

cc: Cleveland District Office, EEOC
    City of Columbus, Columbus Division of Police



U.S. Department of Justice
Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

VIA EMAIL

*150 M Street, N.E.*
*Karen Ferguson , EMP, 4CON, Room 9.514*
*Washington, DC 20530*

November 15, 2022

Mr. Andre Tate
c/o Zachary Gottesman, Esquire
Law Offices of Gottesman & Assocs.
404 East 12th Street
First Floor
Cincinnati, OH  45202

Re:  EEOC Charge Against City of Columbus, Columbus Division of Police
      No. 473202101280

Dear Mr. Tate:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

   The investigative file pertaining to your case is located in the EEOC Cleveland District Office, Cleveland, OH.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                                                Sincerely,

                                            Kristen Clarke
                                   Assistant Attorney General
                                     Civil Rights Division

                        by       /s/ Karen L. Ferguson
                              Karen L. Ferguson
                       Supervisory Civil Rights Analyst
                       Employment Litigation Section

cc: Cleveland District Office, EEOC
    City of Columbus, Columbus Division of Police



U.S. Department of Justice
Civil Rights Division
NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

VIA EMAIL

*150 M Street, N.E.*
*Karen Ferguson , EMP, 4CON, Room 9.514*
*Washington, DC 20530*

November 15, 2022

Mr. Trent Taylor
c/o Zachary Gottesman, Esquire
Law Offices of Gottesman & Assocs.
404 East 12th Street
First Floor
Cincinnati, OH  45202

Re:  EEOC Charge Against City of Columbus, Columbus Division of Police
      No. 473202101279

Dear Mr. Taylor:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

   The investigative file pertaining to your case is located in the EEOC Cleveland District Office, Cleveland, OH.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                    Sincerely,

                    Kristen Clarke
                    Assistant Attorney General
                    Civil Rights Division

              by      /s/ Karen L. Ferguson
                    Karen L. Ferguson
                    Supervisory Civil Rights Analyst
                    Employment Litigation Section

cc: Cleveland District Office, EEOC
   City of Columbus, Columbus Division of Police



U.S. Department of Justice
Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

VIA EMAIL

*150 M Street, N.E.*
*Karen Ferguson , EMP, 4CON, Room 9.514*
*Washington, DC 20530*

November 15, 2022

Mr. Paul C. Tobin
c/o Zachary Gottesman, Esquire
Law Offices of Gottesman & Assocs.
404 East 12th Street
First Floor
Cincinnati, OH  45202

Re:  EEOC Charge Against City of Columbus, Columbus Division of Police
      No. 473202101287

Dear Mr. Tobin:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

   The investigative file pertaining to your case is located in the EEOC Cleveland District Office, Cleveland, OH.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                              Sincerely,

                              Kristen Clarke
                              Assistant Attorney General
                              Civil Rights Division

                        by      /s/ Karen L. Ferguson
                              Karen L. Ferguson
                              Supervisory Civil Rights Analyst
                              Employment Litigation Section

cc: Cleveland District Office, EEOC
   City of Columbus, Columbus Division of Police