# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Andre Tate, *et al.*, | : |
|     Plaintiffs, | : Case No. 2:23-cv-00492 |
| vs. | : Judge |
| City of Columbus, *et al.*, | : |
|     Defendants. | : |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Melvin J. Davis (0079224) and Thomas N. Spyker (0098075), Reminger Co., LPA, 200 Civic Center Drive, 8th Floor, Columbus, Ohio 43215, Tel: (614) 228-1311, Fax: (614) 232-2410, hereby formally enters their Notice of Appearance as counsel of record for Defendants City of Columbus, Andrew Ginther, Robert Clark, Ned Pettus, Douglas Sarff, Kathleen Bourke and Courtney McHenry.  It is respectfully requested that copies of all correspondence, pleadings, court notices, etc., be issued to Melvin J. Davis, Esq. and Thomas N. Spyker, Esq.

    Respectfully submitted,

/s/ *Melvin J. Davis*
Melvin J. Davis (0079224)
Reminger Co., L.P.A.
200 Civic Center Drive, Suite 800
Columbus, Ohio  43215
(614) 232-2630; FAX (614) 232-2410
e-mail:  mdavis@reminger.com
*Attorney for Defendants City of Columbus, Andrew Ginther, Robert Clark, Ned Pettus, Douglas Sarff, Kathleen Bourke and Courtney McHenry*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was sent via the court's e-filing system this 13th day of February 2023, to all counsel of record:

.

Zachary Gottesman, Esq.
404 East 12th Street
Cincinnati, Ohio 45202
zg@zgottesmanlaw.com

Christopher Wiest, Esq.
25 Town Center Blvd., Suite 104
Crestview Hills, KY 41017
chris@cwiestlaw.com

Robert J. Thumann, Esq.
404 E. 12th Street, 2nd Floor
Cincinnati, Ohio 45202
thumann@ctlawcincinnati.com

Thomas B. Bruns, Esq.
4750 Ashwood Drive, Suite 200
Cincinnati, Ohio 45241
tbruns@bcvalaw.com

Robb S. Stokar, Esq.
404 East 12th Street, 1st Floor
Cincinnati, Ohio 45202
rss@stokarlaw.com

*Attorneys for Plaintiffs*

                                        */s/ Melvin J. Davis*_____
                                        Melvin J. Davis (0079224)
                                        Thomas N. Spyker (0098075)