**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**AUDRE TATE,** *et al.,*

      **Plaintiff(s),**

    **v.**                             **Civil Action 2:23-cv-492**
                                     **Judge Michael H. Watson**
                                   **Magistrate Judge Elizabeth P. Deavers**

**CITY OF COLUMBUS,**
*et al.,*

      **Defendant(s).**

<u>**NOTICE OF HEARING**</u>

    **TAKE NOTICE** that a Continued Preliminary Pretrial Conference will be held before the Honorable Elizabeth A. Preston Deavers on **MAY 4, 2023** at **11:30 A.M**.  The parties are directed to call **1-877-336-1280**, enter access code **7598806#**, followed by security code **1234#**.

**Date: March 30, 2023**               **_s/Sherry Nichols_**          
                                        Sherry Nichols, Courtroom Deputy
                                        Sherry_Nichols@ohsd.uscourts.gov
                                        614-719-3460