IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ANDRE TATE,**

      **Plaintiff(s),**

   v.                                     **Civil Action 2:23-cv-492**
                                                  **Judge Michael H. Watson**
**CITY OF COLUMBUS,**                      **Magistrate Judge Elizabeth P. Deavers**
*et al.,*

      **Defendant(s).**

## NOTICE OF HEARING

    **TAKE NOTICE** that a Telephonic Status Conference will be held before the Honorable Elizabeth A. Preston Deavers on **APRIL 12, 2023** at **10:30 A.M**.  The parties are directed to call **1-877-336-1280**, enter access code **7598806#**, followed by security code **1234#**.

**Date: April 4, 2023**                           *s/Sherry Nichols*
                                                    Sherry Nichols, Courtroom Deputy
                                                    Sherry_Nichols@ohsd.uscourts.gov
                                                    614-719-3460