IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Andre Tate, *et al.*, | : |
| | : |
| Plaintiffs, | : Case No. 2:23-cv-00492 |
| | : |
| vs. | : Judge Michael H. Watson |
| | : |
| City of Columbus, *et al.*, | : |
| | : |
| Defendants. | : |

### DEFENDANT MELISSA MCFADDEN'S MOTION TO DISQUALIFY

Now comes Defendant Melissa Mc Fadden ("McFadden"), by and through counsel, and joins Defendants Andrew Ginther, Robert Clark, Ned Pettus, Douglas Sarff, Kathleen Bourke, Courtney McHenry and the City of Columbus' ("Defendants") Motion to Disqualify.  Defendant Mc Fadden hereby fully incorporates the arguments in Defendants' Motion to Disqualify as if fully rewritten herein and respectfully moves this Court for an Order disqualifying Attorney Jennifer Knight from representing Plaintiffs in the above-captioned matter.

                                            Respectfully submitted,

                                          */s/ Kaitlin L. Madigan*
                                          Yazan S. Ashrawi (0089565)
                                          Kaitlin L. Madigan (0087891)
                                          FROST BROWN TODD LLP
                                          10 West Broad Street, Suite 2300
                                          Columbus, OH 43215
                                          614-464-1211 / 614-464-1737 (Fax)
                                          yashrawi@fbtlaw.com
                                          kmadigan@fbtlaw.com

                                          *Attorneys for Defendant Melissa McFadden*

1

2

## **CERTIFICATE OF SERVICE**

On this 27th of April, 2023, a true and accurate copy of the foregoing was filed with the Court and served via ECF on all counsel of record.

                                                        */s/ Kaitlin L. Madigan*
                                                        Kaitlin L. Madigan     (0087891)

0127727.0767391   4878-0071-0496v1