**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Andre Tate, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 2:23-cv-00492 |
| | : | |
| vs. | : | Judge Michael H. Watson |
| | : | |
| City of Columbus, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## DEFENDANT MELISSA MCFADDEN'S REPLY IN SUPPORT OF MOTION TO DISQUALIFY

Now comes Defendant Melissa Mc Fadden ("McFadden"), by and through counsel, and joins Defendants Andrew Ginther, Robert Clark, Ned Pettus, Douglas Sarff, Kathleen Bourke, Courtney McHenry and the City of Columbus' ("Defendants") Reply in Support of Motion to Disqualify. Defendant Mc Fadden hereby fully incorporates the arguments in Defendants' Reply in Support of Motion to Disqualify as if fully rewritten herein and respectfully moves this Court for an Order disqualifying Attorney Jennifer Knight from representing Plaintiffs in the above-captioned matter.

Respectfully submitted,

*/s/ Kaitlin L. Madigan*
Yazan S. Ashrawi (0089565)
Kaitlin L. Madigan (0087891)
FROST BROWN TODD LLP
10 West Broad Street, Suite 2300
Columbus, OH 43215
614-464-1211 / 614-464-1737 (Fax)
yashrawi@fbtlaw.com
kmadigan@fbtlaw.com

*Attorneys for Defendant Melissa McFadden*

## CERTIFICATE OF SERVICE

On this 6th of June, 2023, a true and accurate copy of the foregoing was filed with the Court and served via ECF on all counsel of record.

*/s/ Kaitlin L. Madigan*
Kaitlin L. Madigan     (0087891)

0000T69.0760421   4893-4603-5560v1