UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Andre Tate, et al.,

    Plaintiff,

v.

City of Columbus, *et al.*,

    Defendants.

Case No. 2:23-cv-492

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

Several Defendants moved for judgment on the pleadings. ECF No. 21. Subsequently, Plaintiffs filed an Amended Complaint. ECF No. 34. An "amended complaint [supersedes] all prior complaints" and renders an earlier complaint "a nullity." *Drake v. City of Detroit, Michigan*, 266 F. App'x 444, 448 (6th Cir. 2008) (citation omitted). Accordingly, the motion for judgment on the pleadings is **TERMINATED AS MOOT**. The Clerk shall terminate ECF No. 21.

IT IS SO ORDERED.

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT