UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Andre Tate, *et al.*,

    Plaintiffs,

v.

City of Columbus, *et al.*,

    Defendants.

Case No. 2:23-cv-492

Judge Michael H. Watson

Magistrate Judge Deavers

### ORDER

Having stayed the case because the applicable standards are in flux, ECF No. 76, the Court **DENIES as moot** Defendants' motion for judgment on the pleadings, ECF No. 69. In its stay Order, the Court instructed Plaintiffs to notify it when the United States Supreme Court decides *Ames v. Ohio Department of Youth Services*, No. 23-1039. After Plaintiffs file that notice, Defendants **SHALL** specify whether they wish to re-move for judgment on the pleadings under the *Ames* standards. If so, the Court will establish a briefing schedule.

The Clerk shall terminate ECF No. 69.

IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT