UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Andre Tate, *et al.*,

    Plaintiffs,

v.

City of Columbus, *et al.*,

    Defendants.

Case No. 2:23-cv-492

Judge Michael H. Watson

Magistrate Judge Deavers

## OPINION AND ORDER

This Court stayed this case to await the U.S. Supreme Court's decision in *Ames v. Ohio Dept. of Youth Servs.*, No. 23-1039. The Supreme Court has since decided *Ames*. ECF No. 78. The Court accordingly **LIFTS** the stay in this case.

**IT IS SO ORDERED.**

                              MICHAEL H. WATSON, JUDGE
                              UNITED STATES DISTRICT COURT