## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Andre Tate, *et al.*, | : | |
| | : | Case No. 2:23-cv-00492 |
| Plaintiffs, | : | |
| | : | Judge Michael H. Watson |
| vs. | : | |
| | : | Magistrate Judge Elizabeth Preston Deavers |
| City of Columbus, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## JOINT NOTICE

Now come Defendants, by and through the undersigned counsel, and pursuant to this Court's Order (Doc. 77), and hereby give notice that they intend to remove for judgment on the pleadings. Pursuant to this Court's prior Order, these Defendants will await a briefing schedule. (*Id.*).

Respectfully submitted,

/s/ *Thomas N. Spyker*
Melvin J. Davis (0079224)
Thomas N. Spyker (0098075
Reminger Co., L.P.A.
200 Civic Center Drive, Suite 800
Columbus, Ohio  43215
(614) 228-1311; FAX (614) 232-2410
e-mail:  mdavis@reminger.com
         tspyker@reminger.com
*Attorney for Defendants City of Columbus, Andrew Ginther, Robert Clark, Ned Pettus, Douglas Sarff, Kathleen Bourke and Courtney McHenry*

/s/  *Yazan S. Ashrawi*
Yazan S. Ashrawi  (0089565)
Frost Brown Todd LLP
10 W. Broad Street, Suite 2300
Columbus, Ohio 43215
(614) 464-1211;FAX (614-464-1737
e-mail:  yashrawi@fbtlaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was sent via the Court's e-filing system this 1st day of July 2025, to all counsel of record:

Zachary Gottesman, Esq.
404 East 12th Street
Cincinnati, Ohio 45202
zg@zgottesmanlaw.com

Christopher Wiest, Esq.
25 Town Center Blvd., Suite 104
Crestview Hills, KY 41017
chris@cwiestlaw.com

Robert J. Thumann, Esq.
404 E. 12th Street, 2nd Floor
Cincinnati, Ohio 45202
thumann@ctlawcincinnati.com

Thomas B. Bruns, Esq.
4750 Ashwood Drive, Suite 200
Cincinnati, Ohio 45241
tbruns@bcvalaw.com

Robb S. Stokar, Esq.
404 East 12th Street, 1st Floor
Cincinnati, Ohio 45202
rss@stokarlaw.com
*Attorneys for Plaintiffs*

Yazan S. Ashrawi, Esq.
FROST BROWN TODD LLP
10 W. Broad Street, Suite 2300
Columbus, Ohio 43215
yashrawi@fbtlaw.com
*Counsel for Defendant Melissa McFadden*

*/s/ Thomas N. Spyker*
Melvin J. Davis (0079224)
Thomas N. Spyker (0098075)